# EXHIBIT "C"



100 North Tampa Street
Suite 3700
Tampa, Florida 33602

Telephone: 813-229-3500
Facsimile: 813-229-3502
www.pdtlegal.com

August 4, 2025

**Via E-mail and U.S. Mail**
Mr. Andrew Williamson
Progen Industries, LLC
217 NW 1st Avenue
Mulberry, FL 33860
aw@progen1.com

**Via Certified Mail, R.R.R.**
Mr. John Manning
Progen Industries, LLC
217 NW 1st Avenue
Mulberry, FL 33860
jm@progen1.com

|    |             |                                                           |
|----|-------------|-----------------------------------------------------------|
| Re: | Principal:  | Progen Industries, LLC ("Progen")                        |
|    | Obligee:    | Corporación Eléctrica del Ecuador CELEC EP ("CELEC")     |
|    | Bond Nos.:  | CC-857085 and CC-857115 ("Bonds")                        |
|    | Projects:   | Emergent Generation Contract – Quevedo                    |
|    |             | and Emergent Generation Contract – Salitral ("Projects") |
|    | Surety:     | Seguros Confianza ("Confianza")                          |
|    | Indemnitors:| ("Indemnitors")                                          |

### DEMAND FOR REIMBURSEMENT

Dear Messrs. Williamson and Manning:

    We represent Seguros Confianza. Seguros Confianza hired us to recover the recent payments it was legally obligated to make on the Bonds. Based on correspondence Seguros Confianza previously sent you, you are already aware of the payments it made.

    Specifically, Seguros Confianza paid the following amounts to CELEC:

- $2,485,000.00 on Bond No. CC-857085 on the Emergent Generation Contract – Quevedo.

- $4,970,000.00 on Bond No. CC-857115 on the Emergent Generation Contract – Salitral.

    I have seen Mr. Manning's e-mail to Seguros Confianza's Pablo Graf acknowledging the obligation to reimburse Seguros Confianza for the payments. These losses result from CELEC's claims on the Projects, which include claims against the Bonds. Under the applicable law in

Ecuador, Seguros Confianza was legally obligated to make the payments despite Progen's anticipated efforts to defeat CELEC's claims.

When Progen applied to Seguros Confianza for the Bonds, it agreed, among other things, to:

- reimburse Seguros Confianza within 24 hours after the payment under the Bonds;
- pay Seguros Confianza interest on the amount paid under the Bonds; and
- pay the attorneys' fees Seguros Confianza incurs in connection with compelling Progen's reimbursement obligations.

Seguros Confianza has already demanded reimbursement but not received assurances of payment, a reimbursement plan, nor an offer to provide unencumbered collateral to protect Seguros Confianza from losses. Though Progen's financial predicament as a result of the legal actions against it is unfortunate, Progen agreed that Seguros Confianza would not suffer the financial consequences of losses under the Bonds.

Accordingly, Seguros Confianza demands immediate reimbursement of $7,455,000.00. Please deliver this payment to me **by August 15**. Absent immediate payment by that date, Seguros Confianza will pursue all available legal remedies to compel Progen to fulfill its obligations and to obtain a monetary judgment.

This correspondence and all prior or subsequent communications and/or investigative efforts are made with the express reservation of all rights and defenses that Westfield has or may have at law, equity or otherwise.

Sincerely yours,

PASKERT DIVERS THOMPSON

Brett D. Divers

BDD:pcb
*Our Matter No.: 125247*
cc:  Ms. Teresa Peña (*via e-mail only*)
  Ms. Denise Orellana Argudo (*via e-mail only*)